IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MICHELLE ASHY** | * | |
| | * | |
| PLAINTIFF | * | CIVIL ACTION NO. _____ |
| **VS.** | * | |
| | * | **COMPLAINT AND DEMAND** |
| **CLIENT SERVICES, INC.** | * | **FOR JURY TRIAL** |
| DEFENDANT | * | |

# COMPLAINT

## I. INTRODUCTION

1. This is an action for damages brought by an individual consumer for defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

## II. JURISDICTION

2. Jurisdiction of this court arises under 15 U.S.C. § 1692k, 28 U.S.C. §§ 1331 and 1337.

## III. PARTIES

3. Plaintiff, Michelle Ashy (hereinafter referred to as "plaintiff" and "Ms. Ashy") is a natural person who resides in East Baton Rouge Parish, Louisiana.

4. Defendant, Client Services, Inc. (hereinafter referred to as "Client Services" or "defendant") is a foreign corporation authorized to do and doing business in the state of Louisiana, whose registered agent for service of process in Louisiana is CT Corporation System, 5615 Corporate Blvd., Suite 400B, Baton Rouge, LA 70808. Client Services, at all times relevant hereto, regularly attempted to collect debts alleged to be due another and is a "debt collector" as defined

under the FDCPA.

## IV. FACTUAL ALLEGATIONS

5. On or about October 6, 2008, defendant Client Services mailed a letter to Ms. Ashy attempting to collect a debt allegedly owed to Chase Bank.

6. The alleged debt was incurred solely for personal, family or household purposes.

7. Thereafter, within one year of the filing of this Complaint, defendant engaged in a telephone campaign of harassment of Ms. Ashy's relatives and employer, as set forth below.

8. Defendant had Ms. Ashy's work and home telephone numbers, as well as her correct address during this time period.

9. Ms. Ashy retained an attorney, Kyle Kershaw (Mr. Kershaw"), to represent her in regard to this alleged debt.

10. Once defendant spoke with Mr. Kershaw about resolving Chase's claim against Ms. Ashy, the defendant did not want to accept the settlement proposal made by Mr. Kershaw.

11. Thereafter, defendant contacted plaintiff directly, without the permission of Mr. Kershaw, attempting to collect this alleged debt, informing her that Mr. Kershaw was not acting in her best interests.

12. Defendant also placed a telephone call to Ms. Ashy's grandmother, Pat Domke, and asked for the cellular telephone number for Ms. Ashy's mother, also named Pat Domke.

13. Defendant then placed a telephone call to Ms. Ashy's mother, Pat Domke, and informed her that they needed to get in touch with Ms. Ashy because Ms. Ashy's attorney was not

serving her best interests.

14. Defendant also called Ms. Ashy's workplace attempting to speak with her, however, Ms. Ashy was not available at that time so defendant asked to be transferred to the Human Resources Department, which was done, and then defendant discussed Ms. Ashy with this department and asked for her work cellular telephone number so it could contact her.

## DEFENDANT'S PRACTICES

15. Defendant, Client Services, Inc., violated numerous provisions of the FDCPA including but not limited to sections 1692b, 1692c, and 1692e.

16. Plaintiff has suffered actual damages and injury, including, but not limited to, stress, humiliation, anxiety, extreme mental anguish and suffering, and emotional distress, for which she should be compensated in amounts to be proven at trial.

WHEREFORE, plaintiff respectfully request that the Court grant the following relief in her favor and against Defendant Client Services, Inc., for:

    a. Additional damages;

    b. Actual damages;

    c. Attorney fees, litigation expenses and costs; and

    d. Such other and further relief as is appropriate.

A JURY TRIAL IS DEMANDED.

s/Garth J. Ridge
**GARTH J. RIDGE**
Attorney for Plaintiff
Bar Roll Number: 20589
251 Florida Street, Suite 301
Baton Rouge, Louisiana 70801

Telephone Number:  (225) 343-0700
Facsimile Number: (225) 343-7700
E-mail: GarthRidge@aol.com