**GARTH J. RIDGE**
ATTORNEY AT LAW
TAYLOR OFFICE BUILDING
251 FLORIDA STREET, SUITE 301
BATON ROUGE, LA 70801

TEL: (225) 343-0700
FAX: (225) 343-7700

November 22, 2009

Judge James Brady
United States District Court
Middle District of Louisiana
777 Florida Street
Baton Rouge, Louisiana 70801

    RE:    **Michelle Ashy v. Client Services, Inc.**
            **Civil Action No. 09-865-JJB-DLD**
            **United States District Court for the Middle District of Louisiana**

Dear Judge Brady:

    I am notifying the court that a settlement has been reached in this matter.

    If you have any questions with regard to the above, please do not hesitate to contact me.

    With warm professional regards and courtesies I remain

                                        Sincerely,

                                        Garth J. Ridge

cc:    Michelle Ashy
        Paul K. Colomb, Jr.
        Mr. Nick Lorio
        Magistrate Judge Docia L. Dalby