UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MICHELLE ASHY

VERSUS

CLIENT SERVICES, INC.

CIVIL ACTION

NO. 09-865-JJB

### ORDER OF DISMISSAL

The court having been advised that this matter has settled;

IT IS FURTHER ORDERED this action be and is hereby DISMISSED without prejudice to the right, upon good cause shown, **within 60 days**, to reopen the case if the aforesaid settlement agreement is not consummated.

Baton Rouge, Louisiana, November 24, 2009.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA